# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JOHN W. FERGUSON and CYNTHIA L. FERGUSON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AURORA LOAN SERVICES LLC, )<br>and FEDERAL NATIONAL )<br>MORTGAGE ASSOCIATION, )<br>)<br>Defendants. ) | Case No. CV411-061 |

## REPORT AND RECOMMENDATION

Having just lost their lawsuit against defendants Aurora Loans Services and Federal National Mortgage Association, *Ferguson v. Aurora Loan Services*, No. CV410-174, doc. 29 (S.D. Ga. Mar. 7, 2011) (judgment dismissing their case on the merits), John and Cynthia Ferguson have taken no appeal but instead seek a "do-over" with this case, CV411-061. While they have paused to rearrange the deck chairs on the same sinking ship (some differences between the two actions), in both cases they challenge the legality of the 2010 foreclosure of their Guyton, Georgia home. *Id.*, doc. 1 at 4-5 ; CV410-174, doc. 24 at 2.

Basic *res judicata* doctrine applies here. *See In re Piper Aircraft Corp.*, 244 F.3d 1289, 1296 (11th Cir. 2001). The Fergusons had to raise all of their claims the first time around and cannot continuously litigate the same subject matter over and over again. *Id.*; *Transaero, Inc. v. La Fuerza Aerea Boliviana*, 162 F.3d 724, 731 (2nd Cir. 1998) ("Res judicata bars litigation of any claim for relief that was available in a prior suit between the same parties or their privies, whether or not the claim was actually litigated.") (quotes and cite omitted); *Swiatkowski v. Citibank*, ___ F.Supp.2d ___, 2010 WL 3951212 at * 10 (E.D.N.Y. Oct. 7, 2010); *Rameses, Inc. v. County of Orange*, 481 F.Supp.2d 1305, 1311 (M.D. Fla. 2007) ("If a party seeks to relitigate matters that were litigated or could have been litigated in an earlier suit, res judicata requires dismissal of the subsequent claim") (quotes omitted). So even if it can be said that plaintiffs are raising new claims now, they are too late.

For jurisdictional purposes only, then, the Court **GRANTS** the plaintiffs' motion for leave to proceed *in forma pauperis* (doc. 2) and advises that this case be **DISMISSED WITH PREJUDICE**. Courts, meanwhile, protect their judgments by enjoining losers from re-litigating the same subject matter in new lawsuits. *See, e.g., Maid of The Mist*

*Corp. v. Alcatraz Media, LLC*, 388 F. App'x 940, 941 (11th Cir. 2010) (civil defendant's litigious behavior warranted issuance of permanent injunction prohibiting him from filing any further motion, pleading, or other paper in relation to action, or any new lawsuit in any court involving claims arising from same facts) (*cited in Davis v. v. Biloxi Public School Dist.*, 2011 WL 198124 at * 5 (S.D. Miss. Jan. 20, 2011)).

The Clerk is thus **DIRECTED** to serve a copy of this Report and Recommendation upon the CV410-174 defendants, and the Fergusons should be enjoined from re-litigating the 2010 foreclosure of their home here or in any other court. *See Ashby v. Polinsky*, 2007 WL 608268 at * 2 (E.D.N.Y Feb. 22, 2007) (ordering plaintiff to show cause why she should not be enjoined from filing any more cases challenging foreclosure), *aff'd*, 328 F. App'x. 20 (2nd Cir. 2009); *Swiatkowski,* 2010 WL 3951212 at *18 (warning that an injunction would issue in the face of repeated foreclosure re-litigation); 28 U.S.C. § 2283.

**SO REPORTED AND RECOMMENDED** this <u>16th</u> day of March, 2011.

/s/ *signature*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA