# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JOHN W. FERGUSON and CYNTHIA L. FERGUSON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AURORA LOAN SERVICES LLC, )<br>and FEDERAL NATIONAL )<br>MORTGAGE ASSOCIATION, )<br>)<br>Defendants. ) | Case No. CV411-061 |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this ____ day of _____, 2011.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA